| | |
|---|---|
| 1 | LAW OFFICES OF LAYNE K. FRIEDRICH |
| 2 | Layne K. Friedrich (Bar No. 195431) |
|  |     Email: lkfriedrich.law@gmail.com |
| 3 | 725 Fano Lane |
| 4 | Sonoma, California 95476 |
|  | Telephone: (415) 819-3625 |
| 5 | Facsimile: (518) 713-1658 |
| 6 | Attorney for Plaintiff |
|  | LOS ANGELES WATERKEEPER |
| 7 | |
| 8 | Plaintiff's Additional Counsel Listed on Next Page |
| 9 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 10 | Michael S. McDonough (Bar No. 193684) |
|  |     Email: michael.mcdonough@pillsburylaw.com |
| 11 | 725 South Figueroa Street, Suite 2800 |
| 12 | Los Angeles, CA 90017 |
|  | Telephone: (213) 488-7555 |
| 13 | Facsimile: (213) 629-1033 |
| 14 | |
| 15 | Attorney for Defendant |
|  | NATIONAL READY MIXED CONCRETE COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL READY MIXED CONCRETE COMPANY, a California corporation,<br><br>    Defendant. | Civil Case No. 2:18–cv–01122–DMG–KSx;<br>Civil Case No. 2:18–cv-01125–DMG–KSx<br><br>**NOTICE OF LODGING; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq*.) |

LOS ANGELES WATERKEEPER
Arthur Pugsley (Bar No. 252200)
    Email: arthur@lawaterkeeper.org
120 Broadway, Suite 105
Santa Monica, California 90401
Telephone: (310) 394-6162
Facsimile: (310) 394-6178

**TO THE COURT:**

Plaintiff is filing this Notice of Lodging and Request for Entry of [Proposed] Consent Decree concurrently with its Notice and Submittal of Federal Agencies' 45-Day Review Period Letter.

Plaintiff hereby **requests** that the Court enter the [Proposed] Consent Decree attached hereto as Attachment A, *see* 33 U.S.C. § 1365(c)(3), which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decrees if necessary.

Should the Court require any additional information, the undersigned will provide it upon request.

Dated: December 24, 2018                    Respectfully submitted,

By: _____
Layne K. Friedrich
Law Offices of Layne K. Friedrich
Attorney for Plaintiff